# OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY

299 S. Main Street, Ste 120
Salt Lake City, UT 84111
Phone: 801-753-7700 Fax: 866-633-0263

Lenders Title Company
One Allied Drive, Ste. 1710
Little Rock, AR 722022

## SETTLEMENT STATEMENT

| | | | |
|---|---|---|---|
| Date: | August 05, 2021 6:13 pm | File No.: | 21-009856-180 |
| Closing Date: | August 6, 2021 | | |
| Property Address: | 3327 South Division Street Blytheville, AR 72315 | Purchasers: | IPX as Qualified Intermediary for GOLDSMITH PROPERTIES, LLC, a Utah limited liability company |
| Property Tax ID: | 305-01909-002 | Sellers: | Millrock Investment Fund 1, LLC, a Utah limited liability company 111 Main St., Ste. 2200 Salt Lake City, UT 84111 |

| | Seller | | Purchaser | |
|---|---|---|---|---|
| | Credits | Charges | Credits | Charges |
| Sales Price | $2,829,478.81 | | | $2,829,478.81 |
| General 2021 Property Taxes to be Paid by Tenant in Lease | | | | |
| Seller's Closing Reimburse | | $850.00 | $850.00 | |
| Transfer Tax | | $9,339.00 | | |
| Real Estate Commission - 5.5% Net To Green Ivy Realty | | $141,061.57 | | |
| Real Estate Commission - 2% Net To Colliers International | | $51,295.12 | | |
| Survey Fees | | $3,000.00 | | |
| Legal Fees To Sandberg Phoenix | | $5,000.00 | | |
| Legal Fees To Cohne Kinghorn | | $5,232.50 | | |
| Title Fees To Old Republic National Title Insurance | | | | |
|    Closing Fees | | $1,500.00 | | |
|    Search and Exam Fee | | $850.00 | | |
|    Disbursement and Processing Fee | | $350.00 | | |
| Title Insurance To Old Republic National Title Insurance | | | | |
|    Standard Owner | | $8,788.47 | | $0.00 |
|    Leasehold Policy | | $8,788.47 | | $0.00 |
| Recording Fees To Old Republic National Title Insurance | | | | |
|    Recording - Deed | | $50.00 | | |
|    Recording - SNDA - Ground Lease | | $75.00 | | |
|    Recording - SNDA - Sublease | | $75.00 | | |
|    Recording - Memo of Lease | | $75.00 | | |
|    Recording - Memo of Lease | | $75.00 | | |
|    Recording - Mortgage | | $75.00 | | |
| Earnest Money | | | $10,000.00 | |
| 1031 Proceeds | | | $2,553,905.81 | |

CSS Comb V 3.0            PAGE 1

| | | | | |
|---|---|---|---|---|
| Seller Carried Note | | $264,723.00 | $264,723.00 | |
| Sub Totals: | $2,829,478.81 | $501,203.13 | $2,829,478.81 | $2,829,478.81 |
| Net Proceeds Due Seller | | $2,328,275.68 | | |
| Funds Due From Buyer | | | $0.00 | |
| Grand Totals: | $2,829,478.81 | $2,829,478.81 | $2,829,478.81 | $2,829,478.81 |

Signature Page to Follow

## Settlement Statement Signature Page

File No.: 21-009856-180

Property: 3327 South Division Street
Blytheville, AR 72315

To the best of my knowledge, the foregoing statement is a true and accurate account of the funds which were received and will be disbursed as part of the settlement of this transaction and is approved by me, the undersigned. I agree to pay my costs, expenses and any other obligations itemized.

Millrock Investment Fund I, LLC, a Utah limited liability company

By:
Its:

IPX as Qualifed Intermediary for GOLDSMITH PROPERTIES, LLC, a Utah limited liability company

By:
Its:

REVIEWED AND APPROVED BY:

GOLDSMITH PROPERTIES, LLC, a Utah limited liability company

By: Douglas Goldsmith
Its: Manager

By:
Forest Anthony,
Escrow Officer

## Settlement Statement Signature Page

File No.: 21-009856-180

Property: 3327 South Division Street
Blytheville, AR 72315

To the best of my knowledge, the foregoing statement is a true and accurate account of the funds which were received and will be disbursed as part of the settlement of this transaction and is approved by me, the undersigned. I agree to pay my costs, expenses and any other obligations itemized.

Millrock Investment Fund I, LLC, a Utah limited liability company

By:
Its:

IPX as Qualifed Intermediary for GOLDSMITH PROPERTIES, LLC, a Utah limited liability company

By:
Its:

REVIEWED AND APPROVED BY:

GOLDSMITH PROPERTIES, LLC, a Utah limited liability company

*Douglas Goldsmith*
By: Douglas Goldsmith
Its: Manager

By: *[signature]*
Forest Anthony,
Escrow Officer

## Settlement Statement Signature Page

File No.:  21-009856-180

Property:  3327 South Division Street
Blytheville, AR 72315

To the best of my knowledge, the foregoing statement is a true and accurate account of the funds which were received and will be disbursed as part of the settlement of this transaction and is approved by me, the undersigned. I agree to pay my costs, expenses and any other obligations itemized.

Millrock Investment Fund 1, LLC, a Utah limited liability company

By: _____
Its: 

IPX as Qualifed Intermediary for GOLDSMITH PROPERTIES, LLC, a Utah limited liability company

By: _____/s/ Lulu Reyes_____
Its:  Lulu Reyes
     AVP, Sr Exchange Officer

REVIEWED AND APPROVED BY:

GOLDSMITH PROPERTIES, LLC, a Utah limited liability company

By: Douglas Goldsmith
Its: Manager

By: _____/s/ Forest Anthony_____
Forest Anthony,
Escrow Officer

Lenders Title Company

By: /s/ Teresa A. Peters
Its: Manager

Signature only as to making
disbursements of funds as
authorized by Old Republic
National Title Insurance Co.
No independent review of
contracts has been conducted
by Lenders Title Company as to the
accuracy of statement.