# EXHIBIT A

(Warranty Deed)

UPS

Please return documents to:
Lenders Title Company ✓
One Allied Drive, Suite 1710
Little Rock, AR 72202
21-009856-180

This instrument prepared by:
Old Republic National Title Insurance Company
299 S. Main Street, Suite 120
Salt Lake City, UT 84111

2021-005606
LESLIE MASON, CIRCUIT CLERK
STATE OF ARKANSAS
COUNTY OF MISSISSIPPI
DISTRICT: CHICKASAWBA
FILED FOR RECORD:
08/16/2021 03:50 PM
BY: ALICIA D.C.

# WARRANTY DEED
## (Limited Liability Company)

KNOW ALL MEN BY THESE PRESENTS:

THAT **MILLROCK INVESTMENT FUND 1, LLC,** a Utah limited liability company (hereinafter "Grantor"), by and through its authorized Manager, for and in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration in hand paid by **GOLDSMITH PROPERTIES, LLC,** a Utah limited liability company (herein "Grantee"), the receipt of which is hereby acknowledged, does hereby grant, bargain, sell, and convey unto said **GOLDSMITH PROPERTIES, LLC,** a Utah limited liability company, and unto Grantee's successors and assigns forever, the following described land, situate in the County of Mississippi and State of Arkansas, to-wit:

See Exhibit "A" attached hereto and made a part hereof

SUBJECT TO recorded instruments, covenants, rights of way, easements, and all prior mineral reservations and oil and gas leases, if any.

TO HAVE AND TO HOLD the same unto the said Grantee and unto Grantee's successors and assigns forever, with all tenements, appurtenances, and hereditaments thereunto belonging.

AND Grantor hereby covenants with said Grantee that Grantor is lawfully seized of said lands, that the same is unencumbered, and that Grantor will forever warrant and defend the title to the said lands against all claims whatsoever.

IN TESTIMONY WHEREOF, the name of the Grantor is hereunto affixed by its authorized Manager, this  6th  day of August, 2021.

| | |
|---|---|
| MAIL TAX STATEMENTS TO:<br>c/o MILLROCK INVESTMENT FUND 1, LLC<br>111 S. MAIN ST, STE. 2200<br>Salt Lake City, UT 84111 | **MILLROCK INVESTMENT FUND 1, LLC,**<br>a Utah limited liability company<br><br>By: _____<br>Name: Kevin Long<br>Title: Manager |

### ACKNOWLEDGEMENT

STATE OF: UTAH           }
                         }  ss:
COUNTY OF: UTAH          }

On this day, before undersigned, a Notary Public, duly commissioned, qualified and acting, within and for the said County and State, appeared in person the within named Kevin Long to me personally known, who stated that he was the authorized Manager of MILLROCK INVESTMENT FUND 1, LLC, a Utah limited liability company, and was duly authorized in said capacity to execute the foregoing instrument for and in the name and behalf of said company, and further stated and acknowledged that he had so signed, executed and delivered said instrument for the consideration, uses and purposes therein mentioned and set forth.

IN TESTIMONY WHEREOF, I have hereunto set my hand and official seal this  5th  day of August, 2021.

My Commission Expires:

03-19-2024

_____
Notary Public

BRENT ROLAND SMITH
NOTARY PUBLIC • STATE OF UTAH
COMMISSION# 711179
COMM. EXP. 03-19-2024

## Exhibit A
## Legal Description

A part of Lot Two (2) of the J. B. Clark Subdivision of the Northeast Quarter (NE1/4) of the Southwest Quarter (SW1/4) of Section Twenty Eight (28), Township Fifteen (15) North, Range Eleven (11) East, said subdivision being as recorded in Plat Book One (1), Page 107, Mississippi County Records, Blytheville, Arkansas, said part of Lot Two (2) being more particularly described as follows: Beginning at the Northeast (NE) corner of said Lot Two (2), thence South (S) 00 degrees 27 minutes 34 seconds East (E), along the West (W) Right-of-Way of Highway #61, a distance of 269.85 feet to a point, thence leaving said Right-of-Way, North (N) 90 degrees 00 minutes 00 seconds West (W), a distance of 581.09 feet to a point, thence North (N) 00 degrees 27 minutes 34 seconds West (W) a distance of 269.85 feet to a point, thence South (S) 90 degrees 00 minutes 00 seconds East (E), a distance of 581.09 feet to a point, said point being the POINT OF BEGINNING, said tract containing 3.60 acres, and being subject to easements and rights-of-way for roads and other purposes.



**STATE OF ARKANSAS**
**DEPARTMENT OF FINANCE AND ADMINISTRATION**
**MISCELLANEOUS TAX SECTION**
**P.O. BOX 896, LITTLE ROCK, AR 72203-0896**

# Real Estate Transfer Tax Stamp

Proof of Tax Paid

File Number: 21-009856-180

**Grantee:**
**Mailing Address:**
GOLDSMITH PROPERTIES, LLC
9070 S BLACKJACK RD. # 17
ALTA UT 840920000

**Grantor:**
**Mailing Address:**
MILLROCK INVESTMENT FUND 1, LLC
111 MAIN ST. STE 2200
SALT LAKE CITY UT 841110000

**Property Purchase Price:** $2,829,478.81
**Tax Amount:** $9,339.00

**County:** MISSISSIPPI
**Date Issued:** 08/12/2021
**Stamp ID:** 794847232

I certify under penalty of false swearing that documentary stamps or a documentary symbol in the legally correct amount has been placed on this instrument

Grantee or Agent Name (printed): __Goldsmith Properties, LLC__

Grantee or Agent Name (signature): _[signature]_   Date: __8.12.21__

Address: __9070 S Blackjack Rd. #17__

City/State/Zip: __ALTA, UT 84092__